IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Childs, Beverly L

Printed: 11/27/07

Case Number: 07 B 05182
Judge: Hollis, Pamela S

Filed: 3/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 15, 2007
Confirmed: August 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,135.20 |
| Trustee Fee: |  | 64.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 1,135.20 |
| 2. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Household Financial Corporation | Secured | 780.00 | 0.00 |
| 6. | Chicago Municipal Employees CU | Secured | 89.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 7,154.26 | 0.00 |
| 8. | B-Real LLC | Unsecured | 135.61 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 68.51 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 151.17 | 0.00 |
| 11. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 12. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
| 13. | Exxon Mobil | Unsecured |  | No Claim Filed |
| 14. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 15. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,712.55 | $ 1,135.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.80 |
|  | _____ |
|  | $ 64.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Childs, Beverly L | Case Number:  07 B 05182 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/27/07 | Filed:  3/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)